JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiff

JASON C. KLEIN (SBN 255295)
(jason.klein@jpmchase.com)
JPMORGAN CHASE LEGAL DEPARTMENT
560 Mission Street, 3rd Floor
San Francisco, CA 94105-2907
Telephone: (415) 315-3999
Facsimile: (415) 315-3955

Attorneys for Defendants

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MALTZAHN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CHASE BANK USA, N.A., a Delaware corporation; JP MORGAN CHASE & CO., a Delaware Corporation; and Does 1-20;<br><br>　　　　　Defendants. | CASE NO.: 10-cv-01997-JCS<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(Civ. L.R. 6-1(a))** |

Plaintiff Michelle Maltzahn and Defendants Chase Bank USA, N.A. and JPMorgan Chase & Co., by and through their attorneys of record, hereby stipulate and agree that pursuant to Civil Local Rule 6-1(a) that Defendants shall have up to and including June 28, 2010 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED:   May 28, 2010            THE STURDEVANT LAW FIRM
                                 A Professional Corporation

                                 EISELE LAW OFFICE

                         By:         /s/
                                 JAMES C. STURDEVANT
                                 Attorneys for Plaintiff MICHELLE MALTZAHN


DATED:   May 28, 2010            JPMORGAN CHASE LEGAL DEPARTMENT

                         By:         /s/
                                 JASON C. KLEIN
                                 Attorneys for Defendants CHASE BANK USA,
                                 N.A., a Delaware corporation; JP MORGAN
                                 CHASE & CO.

**Additional Counsel**

For Plaintiffs and the Putative Class:            Dated: May 28, 2010

ROBERT G. EISELE (SBN 141551)
EISELE LAW OFFICE
(eisele@icehouse.net)
354 Pine Street, Fourth Floor
San Francisco CA  94104
Telephone:    (415) 489-2001

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero)*

**Attestation**

I, James C. Sturdevant, am the ECF user whose ID and password are being used to file this Stipulation To Extend Time to Respond to Complaint.  In compliance with General Order 45, I hereby attest that Jason C. Klein, counsel for Defendants, has concurred in this filing.

                         By:         /s/
                                 JAMES C. STURDEVANT
                                 Attorney for Plaintiff MICHELLE MALTZAHN

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. I am a resident of the State of California and am employed in the County of San Francisco. My business address is The Sturdevant Law Firm, 354 Pine Street, Fourth Floor, San Francisco, California 94104. On **May 28, 2010**, I served a true and correct copy of the document(s) described below on the parties and/or their attorney(s) of record to this action in the manner indicated:

- **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Civ. L.R. 6-1(a))**

[✓] **U.S. MAIL:** I am employed in the county where the mailing occurred. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, such correspondence is deposited with the United States Postal Service in a sealed envelope or package that same day with first-class postage thereon fully prepaid. On the date indicated above, I placed the document(s) listed above in a sealed envelope or package with first-class postage thereon fully prepaid, and placed the envelope or package for collection and mailing today with the United States Postal Service at San Francisco, California addressed as set forth on the attached service list. The address(es) shown on the attached service list is (are) the same as shown on the envelope or package. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. CCP §§ 1013(a)-(b), 1013a, FRCP § 5(b), FRAP §§ 5(c)-(d).

[✓] **ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept service by electronic transmission ("e-mail"), I transmitted by e-mail the document(s) listed above from this e-mail address, **bnuss@strudevantlaw.com**, to the e-mail address(es) set forth on the attached service list on this date. The document(s) listed above was (were) served electronically and the transmission was reported as complete and without error. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I, thereafter, mailed a copy to the same party(ies) by placing true copies of the document(s) in a sealed envelope or package with first-class postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth on the attached service list. The address(es) set forth on the attached service list is (are) the same as shown on the envelope or package. CCP § 1010.6(a)(6), CRC 2060, FRCP § 5(b), N.Dist. Civil L.R 5-5.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  CCP § 2015.5.

Executed on **May 28, 2010**, at San Francisco, California.

                                     /s/ *Béla Nuss*
                                     Béla Nuss

## SERVICE LIST

| ADDRESSEE(S) | PARTY(IES) REPRESENTED |
|---|---|
| Jason C. Klein<br>**jason.klein@jpmchase.com**<br>JP Morgan Chase Legal Department<br>560 Mission Street, 3rd Floor<br>San Francisco, CA  94105-2907<br><br>Judith M. Fisher<br>**judith.m.fisher@jpmchase.com**<br>Vice President and Assistant General Counsel<br>JP Morgan Chase Legal Department<br>1111 Polaris Parkway, Mail Code OH1-0152<br>Columbus, OH  43240 | Defendants JP Morgan Chase |