JAMES F. BASILE (SBN 228965)
james.basile@kirkland.com
ELIZABETH L. DEELEY (SBN 230798)
elizabeth.deeley@kirkland.com
TRACI L. SHAFROTH (SBN 251673)
Traci.shafroth@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiff

(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MALTZAHN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; JP MORGAN CHASE & CO., a Delaware Corporation; and Does 1-20,<br><br>Defendants. | CASE NO. 3:10-cv-01997-JCS<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(Civ. L.R. 6-1(a))** |

Plaintiff Michelle Maltzahn and Defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co., by and through their attorneys of record, hereby stipulate and agree that pursuant to Civil Local Rule 6-1(a), Defendants shall have up to and including July 15, 2010, to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

DATED:  June 18, 2010                    KIRKLAND & ELLIS LLP

                                         By:   /s/ Traci L. Shafroth
                                               TRACI L. SHAFROTH
                                               Attorneys for Defendants JPMORGAN CHASE
                                               BANK, N.A. and JP MORGAN CHASE & CO.

DATED:  June 18, 2010                    THE STURDEVANT LAW FIRM
                                         A Professional Corporation

                                         EISELE LAW OFFICE

                                         By:   /s/ James C. Sturdevant
                                               JAMES C. STURDEVANT
                                               Attorneys for Plaintiff MICHELLE MALTZAHN

**Additional Counsel**

For Plaintiffs and the Putative Class:

ROBERT G. EISELE (SBN 141551)
EISELE LAW OFFICE
(eisele@icehouse.net)
354 Pine Street, Fourth Floor
San Francisco CA  94104
Telephone:     (415) 489-2001

**Attestation**

I, Traci L. Shafroth, am the ECF user whose ID and password are being used to file this Stipulation To Extend Time to Respond to Complaint.  In compliance with General Order 45, I hereby attest that James C. Sturdevant, counsel for Defendants, has concurred in this filing.

                                         By:   /s/ Traci L. Shafroth
                                               TRACI L. SHAFROTH
                                               Attorney for Defendants JPMORGAN CHASE
                                               BANK, N.A. and JPMORGAN CHASE & CO.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** via the CM/ECF system on June 18, 2010.

DATED: June 18, 2010

By: /s/ Traci L. Shafroth
Traci L. Shafroth
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
and JPMORGAN CHASE & CO.

Dated: June 22, 2010



IT IS SO ORDERED
Judge Joseph C. Spero